IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PERRY L. BROWN,  )<br>No. N98544,  )<br>  )<br>    Plaintiff,  )<br>  )  CIVIL NO. 13-793-GPM<br>vs.  )<br>  )<br>ILLINOIS DEPT. OF CORRECTIONS,  )<br>  )<br>    Defendants.  | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On August 5, 2013, Plaintiff Perry L. Brown, an inmate in the custody of the Illinois Department of Corrections, housed at Lawrence Correctional Center, filed a document captioned "Preliminary Injunction/Temporary Restraining Order" (Doc. 1). No complaint was filed; therefore, the Court could not ascertain the basis for jurisdiction. *See Bell v. Hood,* 327 U.S. 678, 681-82 (1946); *Greater Chicago Combine and Ctr., Inc. v. City of Chicago,* 431 F.3d 1065, 1069-70 (7th Cir. 2005). By Order dated August 6, 2013 (Doc. 3), the Court directed Plaintiff to file a complaint by August 27, 2013.

Plaintiff was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action for lack of subject matter jurisdiction, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk of Court even sent Plaintiff a

blank civil rights complaint form and Instructions for Filing a Pro Se Civil Complaint for Civil Rights Violations.

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. This action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case is closed.

**IT IS SO ORDERED.**

DATED:   September 13, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge